PROB 12C
(6/16)

Report Date: July 10, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7/10/17

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Antonio Andres Solis | Case Number: 0980 1:15CR02035-TOR-1 |
| Address of Offender: | Yakima, Washington 98902 |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: December 8, 2015

Original Offense:    Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 21 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: February 9, 2017 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: February 8, 2020 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #15**: Defendant shall abstain from the use of illegal controlled substances, and must submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Solis tested positive for amphetamine/methamphetamine on June 22 and 28, 2017.

On February 10, 2017, conditions of supervised release were reviewed and signed by the defendant acknowledging he understood the orders of the Court. On June 22, 2017, a home visit was conducted for the purpose of collecting a urinalysis sample (UA) for drug screening. The specimen collected returned presumptive positive for the presence of methamphetamine using the Integrated E-Z Split Key device. Mr. Solis signed the admission/denial form admitting to having used the controlled substance 2 days prior (June 20, 2017) to the collection test date. This test was later confirmed positive by Alere Toxicology Services, Incorporated (Alere). The test results from Alere also noted the specific gravity for the specimen submitted was dilute.

Prob12C
**Re: Solis, Antonio Andres**
**July 10, 2017**
**Page 2**

On June 28, 2017, Mr. Solis reported to the office as instructed. He submitted to UA testing. The sample the defendant provided returned presumptive positive for methamphetamine using the Integrated E-Z Split Key device. Mr. Solis signed the admission/denial form admitting to having used the controlled substance on June 22, 2017.

2  **Special Condition # 15**: Defendant shall abstain from the use of illegal controlled substances, and must submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Solis tested positive for cocaine on July 3, 2017.

On February 10, 2017, conditions of supervised release were reviewed and signed by the defendant acknowledging he understood the orders of the Court. On July 3, 2017, Mr. Solis reported to the office as instructed. He submitted to UA testing. The sample the defendant provided returned presumptive positive for cocaine using the Integrated E-Z Split Key device. Mr. Solis denied using cocaine. However, he reported that he believed he was using methamphetamine. Mr. Solis signed the admission/denial form admitting to having tested positive for cocaine. He stated he used the controlled substance on July 1, 2017.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 10, 2017

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Thomas O. Rice*

Signature of Judicial Officer

July 10, 2017
Date