# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Antonio Andres Solis | Case Number: 0980 1:15CR02035-TOR-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: December 8, 2015

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 21 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: February 9, 2017 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: February 8, 2020 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on July 10, 2017.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 15**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Solis tested positive for methamphetamine on September 5, 2017. |
| | On February 10, 2017, supervised release conditions were reviewed and signed by Mr. Solis acknowledging his understanding of special condition number 15, which prohibits him from the use of illegal controlled substances. On September 5, 2017, Mr. Solis reported to the probation office and was directed to submit to random urinalysis testing. The test returned positive for the presence of methamphetamine using the Redmond Integrated EZ Split Key device. After being confronted regarding his illegal drug use, Mr. Solis admitted to having used the substance on or about September 3, 2017. Mr. Solis signed the admission/denial form admitting to having used the controlled substance. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 6, 2017

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [X] Other: All pending violations will be addressed at the revocation of supervised release hearing scheduled for 9/12/2017 at 2:00 p.m. in Yakima.

Signature of Judicial Officer

September 7, 2017
Date