PROB 12C
(6/16)

Report Date: October 19, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**10/25/17**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Antonio Andres Solis           Case Number: 0980 1:15CR02035-TOR-1

Address of Offender:                             Yakima, Washington 98902

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief United States District Judge

Date of Original Sentence: December 8, 2015

Original Offense:        Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 21 months           Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Thomas J. Hanlon             Date Supervision Commenced: February 9, 2017

Defense Attorney:        Jennifer Rebecca Barnes      Date Supervision Expires: February 8, 2020

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on July 10, 2017 and September 6, 2017.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 15**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Solis failed to submit to random urinalysis testing at Merit Resource Services (Merit) on October 9, and 13, 2017. |
| | On February 10, 2017, supervised release conditions were reviewed and signed by Mr. Solis acknowledging his understanding of special condition number 15, which requires him to submit to random urinalysis testing in order to confirm continued abstinence from these substances. On this same date, Mr. Solis also reviewed and signed the Eastern District of Washington substance abuse testing instructions. On October 10 and 16, 2017, a letter from Merit was received indicating Mr. Solis failed to submit to random urinalysis testing on the dates noted above. |

Prob12C
**Re: Solis, Antonio Andres**
**October 19, 2017**
Page 2

| | | |
|---|---|---|
| 5 | **Special Condition # 16**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. | |

**Supporting Evidence**: Mr. Solis failed to attend substance abuse treatment group sessions at Comprehensive Healthcare on October 9, 12, and 16, 2017.

On February 10, 2017, supervised release conditions were reviewed and signed by Mr. Solis acknowledging his understanding of special number 16, which requires him to participate in a substance abuse treatment program. Mr. Solis failed to attend substance abuse group sessions on October 9, 12, and 16, 2017. According to Mr. Solis' counselor, he had called and left a voice mail message indicating he was not able to attend group due to lack of transportation. On October 13, 2017, this officer confronted Mr. Solis regarding his failure to attend substance abuse group sessions. He was directed to not miss future group sessions. Mr. Solis again failed to attend group on October 16, 2017.

6    **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Solis failed to report to the probation office as directed on October 16, 2017.

On February 10, 2017, supervised release conditions were reviewed and signed by Mr. Solis acknowledging his understanding of standard number 3, which requires him to follow the instructions of the probation officer. On October 13, 2017, Mr. Solis was instructed to report to the probation office on October 16, 2017. He agreed to report by 3 p.m. on that date. On October 16, 2017, eight minutes prior to his scheduled report time, Mr. Solis called and left a voice mail message stating he understood it was a last minute cancellation but he could not make his appointment due to lack of transportation. He further stated he would be able to report the following day at the same time. Mr. Solis failed to report on October 17, 2017, by 3 p.m. On this same date at approximately 3:45 p.m., this officer conducted a home visit at Mr. Solis' residence. He was not home but this officer did speak with his sister who reported that Mr. Solis had just left the residence approximately 20 minutes prior. This officer left a business card instructing Mr. Solis to report to the probation office on October 18, 2017, by 9 a.m. Mr. Solis has failed to report as directed and has yet to report to the probation office as of this writing.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | October 19, 2017 |
|---|---|
| | s/Jose Zepeda |
| | Jose Zepeda<br>U.S. Probation Officer |

Prob12C
**Re: Solis, Antonio Andres**
**October 19, 2017**
**Page 3**

THE COURT ORDERS

| | |
|---|---|
| [ ] | No Action |
| [X] | The Issuance of a Warrant |
| [ ] | The Issuance of a Summons |
| [X] | The incorporation of the violation(s) contained in this petition with the other violations pending before the Court. |
| [ ] | Defendant to appear before the Judge assigned to the case. |
| [X] | Defendant to appear before the Magistrate Judge. |
| [ ] | Other |

_____
Signature of Judicial Officer

  October 25, 2017  
Date