PROB 12C
(6/16)

Report Date: July 16, 2018

# United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**7/16/18**

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Antonio Andres Solis | Case Number: 0980 1:15CR02035-TOR-1 |
| Address of Offender: , Toppenish, Washington 98948 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge | |
| Date of Original Sentence: December 8, 2015 | |
| Original Offense: Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: Prison - 21 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Thomas J. Hanlon | Date Supervision Commenced: February 9, 2017 |
| Defense Attorney: Jennifer Rebecca Barnes | Date Supervision Expires: February 8, 2020 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/10/2017; 09/06/2017; and 10/19/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.<br><br>**Supporting Evidence**: On February 10, 2017, Mr. Solis was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Solis signed his judgment reflecting he understood his conditions fully.<br><br>On July 10, 2018, this officer provided Mr. Solis instructions to report to the probation office on July 11, 2018, via his grandmother Juanita.<br><br>On July 13, 2018, Juanita advised this officer that she personally provided Mr. Solis with his reporting instructions left by this officer, and Mr. Solis understood that he needed to contact the probation office.<br><br>As of the date of this report, Mr. Solis has failed to report to the probation office. |

Prob12C
Re: Solis, Antonio Andres
July 16, 2018
Page 2

| | | |
|---|---|---|
| | 8 | **Special Condition # 16**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: On February 10, 2017, Mr. Solis was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Solis signed his judgment reflecting that he understood his conditions fully.

On July 9, 2018, this officer received notice from Mr. Solis' outpatient treatment provider, Comprehensive Healthcare, that the defendant was unsuccessfully discharged from services On July 5, 2018, due to his non-compliant behavior that included failing to attend groups.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 16, 2018

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[✓]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
Chief U.S. District Judge
July 16, 2018
Date