PROB 12C
(6/16)

Report Date: October 25, 2018

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 25, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Antonio Andres Solis | Case Number: 0980 1:15CR02035-TOR-1 |
| Address of Offender: | Toppenish, Washington 98948 |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: December 8, 2015

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 21 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: February 9, 2017 |
| Defense Attorney: | Jennifer Rebecca Barnes | Date Supervision Expires: February 8, 2020 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/10/2017, 09/06/2017, 10/19/2017, 07/16/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.<br><br>**Supporting Evidence**: Mr. Solis is considered to be in violation of his conditions of supervision by traveling to Warm Springs, Oregon, on or about October 3, 2018, without the permission of the court or probation officer.<br><br>On February 10, 2017, Mr. Solis was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Solis signed his judgment reflecting he understood his conditions fully.<br><br>According to Warm Springs Police Department incident report number 1801710, on October 3, 2018, at 2:16 a.m., a Chevrolet Impala was observed traveling with an inoperable passenger side headlight on Highway 26 within the exterior geographical boundaries of the Warm Springs Indian Reservation, in the County of Jefferson, in the State of Oregon. The officer initiated a traffic stop. Contact was made with the male driver. The driver reported not to have a driver's license on him and identified himself as Antonio Solis. He also provided the officer with a temporary expired Washington State Identification card. The officer contacted dispatch to obtain the driving status on Mr. Solis. Dispatch advised Mr. |

Prob12C
**Re: Solis, Antonio Andres**
**October 25, 2018**
**Page 2**

    Solis had a federal warrant. He was taken into custody without incident and was booked into the Jefferson County Adult Correction Facility.

    Mr. Solis did not obtain permission from the court or probation officer to travel to Warm Springs, Oregon, on or about October 3, 2018.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/25/2018

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
Signature of Judicial Officer

October 25, 2018
Date