PROB 12C
(6/16)

Report Date: October 16, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Antonio Andres Solis     Case Number: 0980 1:15CR02035-TOR-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓ , Toppenish, Washington  98948

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: December 8, 2015

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 21 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(11/29/2018) | Prison - 9 months<br>TSR - 27 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: April 21, 2019 |
| Defense Attorney: | Jennifer Rebecca Barnes | Date Supervision Expires: July 20, 2021 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**:  Mr. Solis is considered to be in violation of his conditions of supervision by failing to report to the United States Probation office on August 23, 2019.<br><br>On April 25, 2019, Mr. Solis was given a copy of his judgment and his conditions of supervision were explained to him.  Mr. Solis signed his judgment reflecting he understood his conditions fully.<br><br>On August 15, 2019, this officer spoke with Mr. Solis and instructed him to report in person to the United States Probation Office in Yakima, Washington, for his monthly report on August 23, 2019.  Mr. Solis acknowledged the reporting instructions and stated he would report in person. |

**Prob12C**
**Re: Solis, Antonio Andres**
**October 16, 2019**
**Page 2**

On August 23, 2019, Mr. Solis failed to report in person to the probation office.

2    **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Solis is considered to be in violation of his conditions of supervision by failing to complete a substance abuse evaluation as directed by his supervising probation officer.

On April 25, 2019, Mr. Solis was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Solis signed his judgment reflecting he understood his conditions fully.

On April 25, 2019, Mr. Solis was referred to Comprehensive Healthcare to obtain an updated substance abuse assessment and follow any recommended treatment.

On June 14, 2019, Mr. Solis was instructed to obtain a substance abuse assessment and follow any treatment recommendations, as he had made no progress with this condition.

On September 25, 2019, this officer met with Mr. Solis at his residence and instructed him to obtain a substance abuse assessment at Merit Resource Services located in Toppenish, Washington.

As of the date of this report, Mr. Solis has failed to complete a substance abuse assessment.

3    **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Solis is considered to be in violation of his conditions of supervision by failing to report to the United States Probation Office on October 4, 2019.

On April 25, 2019, Mr. Solis was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Solis signed his judgment reflecting he understood his conditions fully.

On September 25, 2019, this officer met with Mr. Solis at his residence and instructed him to report to the Yakima probation office on or before October 4, 2019.

Mr. Solis failed to report to the Yakima probation office as instructed. This officer has attempted to contact Mr. Solis with no success. As of the date of this report, Mr. Solis' whereabouts are unknown.

**Prob12C**
**Re: Solis, Antonio Andres**
**October 16, 2019**
**Page 2**

On August 23, 2019, Mr. Solis failed to report in person to the probation office.

2    **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Solis is considered to be in violation of his conditions of supervision by failing to complete a substance abuse evaluation as directed by his supervising probation officer.

On April 25, 2019, Mr. Solis was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Solis signed his judgment reflecting he understood his conditions fully.

On April 25, 2019, Mr. Solis was referred to Comprehensive Healthcare to obtain an updated substance abuse assessment and follow any recommended treatment.

On June 14, 2019, Mr. Solis was instructed to obtain a substance abuse assessment and follow any treatment recommendations, as he had made no progress with this condition.

On September 25, 2019, this officer met with Mr. Solis at his residence and instructed him to obtain a substance abuse assessment at Merit Resource Services located in Toppenish, Washington.

As of the date of this report, Mr. Solis has failed to complete a substance abuse assessment.

3    **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Solis is considered to be in violation of his conditions of supervision by failing to report to the United States Probation Office on October 4, 2019.

On April 25, 2019, Mr. Solis was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Solis signed his judgment reflecting he understood his conditions fully.

On September 25, 2019, this officer met with Mr. Solis at his residence and instructed him to report to the Yakima probation office on or before October 4, 2019.

Mr. Solis failed to report to the Yakima probation office as instructed. This officer has attempted to contact Mr. Solis with no success. As of the date of this report, Mr. Solis' whereabouts are unknown.

Prob12C
**Re: Solis, Antonio Andres**
**October 16, 2019**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/16/2019

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice

Signature of Judicial Officer

October 16, 2019

Date