PROB 12C
(6/16)

Report Date:  December 20, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 21, 2022

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Antonio Andres Solis            Case Number: 0980 1:15CR02035-TOR-1

Address of Offender: ██████████████ Toppenish, Washington 98948

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 8, 2015

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 21 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(11/29/2018) | Prison - 9 months<br>TSR - 27 months | |
| Revocation Sentence:<br>(10/26/2022) | Prison - 2 months<br>TSR - 18 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: November 25, 2022 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: May 24, 2024 |

## PETITIONING THE COURT

To issue a summons.

On November 29, 2022, Mr. Solis reviewed and signed his judgment and sentence acknowledging his understanding of his supervised release conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Solis is considered to be violation of his supervised release conditions by being criminally cited for assault fourth degree domestic violence on December 13, 2022, per Yakima County Sheriffs Office (YCSO) incident report number 22C20078.<br><br>On December 12, 2022, YCSO deputies were dispatched to 241 South Oldenway Road in Toppenish, Washington, in reference to a domestic violence incident. Communications dispatch advised Yakama Nation Police Department (YNPD) personnel had responded to the residence regarding the complaint of an assault and had since determined that the suspect was not an enrolled tribal member (ETM) of the Yakama Nation. |

Prob12C
**Re: Solis, Antonio Andres**
**December 20, 2022**
**Page 2**

Upon arrival, Deputy Hubbard observed that YNPD officers Cordova and Littlebull were present with Yakima County Fire District Five (YCFDF) personnel. The officer was informed that KW was said to have been physically assaulted by Antonio A. Solis (date of birth 11-05-1994). The deputy was also informed that KW is an ETM of the Yakama Nation, and that Mr. Solis is not an ETM of any federally recognized Native American Tribes.

Deputy Hubbard contacted KW as YCFDF personnel began tending to her and observed that she had a small laceration along the left side of her face that was bleeding; near her left eye. He also observed that KW's skin was swollen around the visible laceration. Deputy Hubbard asked KW to tell him what happened as American Medical Response ambulance personnel arrived. KW advised Mr. Solis had intentionally struck her in the face while she attempted to separate a physical confrontation. KW advised Mr. Solis was the boyfriend of her daughter, MQ, and that Mr. Solis also resided with her at 241 South Oldenway Road. KW requested she be transported to Astria Toppenish Hospital for further medical evaluation and treatment. Ambulance personnel transported KW as she requested. The deputy followed KW to the hospital to obtain additional information.

After KW was checked into the emergency room, Deputy Hubbard took photographs of her visible injuries. He asked KW to tell him what happened. KW advised Mr. Solis, her daughters, MQ and MM, and MM's boyfriend, BC, had begun arguing inside of her residence approximately 20 minutes prior to the call for assistance. KW told the four of them to stop arguing and they exited from the residence. KW advised Mr. Solis began physically fighting with BC, and MQ began physically fighting with MM, as the four of them exited the residence.

KW advised as she attempted to separate MQ and MM from each other, Mr. Solis intentionally struck her in the face with a closed fist. KW said she became "dizzy" and nearly fell to the ground after Mr. Solis struck her. KW's sister, VW, and VW's 13-year-old daughter, were present at the residence when she was assaulted, but did not know if either had witnessed Mr. Solis assault her. KW advised Mr. Solis then left from the residence with MQ, and BC left from the residence with MM, as VW called YNPD for assistance.

Deputy Hubbard asked KW to describe her relationship with Mr. Solis. KW advised Mr. Solis has been involved in a romantic dating relationship with MQ for the past 2 years, and Mr. Solis has lived with her and MQ, at 241 South Oldenway Road, for the duration of his relationship with MQ. KW advised BC and MM did not reside at the residence with them.

The emergency room staff tended to KW and advised the visible laceration KW sustained did not appear to be serious in nature, and KW had not sustained any other injuries. The staff advised the laceration would not require medical sutures and they would be utilizing a medical glue to seal the laceration in an attempt to prevent it from becoming infected.

Efforts to establish contact with VW, Mr. Solis, MQ, BC, and MM were unsuccessful. There is no evidence or indication that Mr. Solis and BC have a domestic violence relationship. MQ and MM are both ETM of the Yakama Nation and any further actions regarding their involvement will be referred to the YNPD.

As of 5 a.m., on December 13, 2022, Deputy Hubbard was unable to locate or establish any communication with Mr. Solis. He issued Mr. Solis criminal citation 2A0721568 per Revised Code of Washington(RCW) 9A.36.041.2.DV, Fourth Degree Assault - Domestic

**Prob12C**
**Re: Solis, Antonio Andres**
**December 20, 2022**
**Page 3**

Violence.  He forwarded criminal citation 2A0721568 to the Yakima County Prosecutor's Office for review.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 20, 2022

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[  ]   Other

Thomas O. Rice
United States District Judge

December 21, 2022

Date