PROB 12C
(6/16)

Report Date: February 10, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 13, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Antonio Andres Solis | Case Number: | 0980 1:15CR02035-TOR-1 |
| Address of Offender: | ▮▮▮▮▮▮▮▮▮▮ | Toppenish, Washington 98948 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 8, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 21 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(11/29/2018) | Prison - 9 months<br>TSR - 27 months | | |
| Revocation Sentence:<br>(10/26/2022) | Prison - 2 months<br>TSR - 18 months | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | November 25, 2022 |
| Defense Attorney: | Juliana M. Van Wingerden | Date Supervision Expires: | May 24, 2024 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 12/20/2022.

On November 29, 2022, Mr. Solis reviewed and signed his judgment and sentence acknowledging his understanding of his supervised release conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you mus report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Mr. Solis is considered to be in violation of his supervised release conditions by failing to report to the probation officer as instructed since February 6, 2023. |

Prob12C
**Re: Solis, Antonio Andres**
**February 10, 2023**
**Page 2**

On November 29, 2022, Mr. Solis reviewed and signed his judgment and sentence acknowledging his understanding of his supervised release conditions, to include that he must report in person to the probation office during the first 5 days of each month.

On February 6, 2023, Mr. Solis failed to report to the probation office. This officer attempted to contact Mr. Solis at his reported telephone numbers with no success. Mr. Solis' whereabouts is unknown.

3  **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Solis is considered to be in violation of his supervised release conditions by failing to report to Merit Resource Services (Merit) for urinalysis (UA) testing on January 19 and 26, 2023, and February 6, 2023.

On November 29, 2022, Mr. Solis was referred to the Merit UA color line and was to report when the color brown was called. On January 20 and 27, 2023; and on February 7, 2023, this officer received notices from Merit that Mr. Solis failed to show on January 19 and 26, 2023; and on February 6, 2023, for UA testing when the color brown was called.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 10, 2022

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
**Re: Solis, Antonio Andres**
**February 10, 2023**
**Page 3**

THE COURT ORDERS

- [ ]  No Action
- [X]  The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [X]  Defendant to appear before the Magistrate Judge.
- [ ]  Other

_____
Thomas O. Rice
United States District Judge

February 13, 2023
_____
Date